# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-350

| | |
|---|---|
| TRACIE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TIME WARNER CABLE ) | |
| ENTERPRISES, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Allen R. Tarleton's Application for Admission to Practice *Pro Hac Vice* of Ryan D. Watstein. It appearing that Ryan D. Watstein is a member in good standing with the State Bars of Georgia and Florida and will be appearing with Allen R. Tarleton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allen R. Tarleton's Application for Admission to Practice Pro Hac Vice(#8) of Ryan D. Watstein is **GRANTED**,

and that Ryan D. Watstein is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Allan R. Tarleton.

Signed: January 24, 2017

Dennis L. Howell
United States Magistrate Judge