## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Civil Action No. 1:16-CV-350

TRACIE WILSON,

        **Plaintiff,**

    **vs.**

TIME WARNER CABLE ENTERPRISES, LLC

        **Defendant.**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

**COMES NOW** Plaintiff, by and through counsel, with consent of the Defendant and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), hereby stipulates to **DISMISS WITHOUT PREJUDICE** all claims against the Defendant in this action.

**TODAY** is June 12, 2017.

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein
Georgia Bar No. 266019
171 17th St., Suite 1550
Atlanta, GA 30363
P: 404-400-7307
F: 404-400-7333
rwatstein@kcozlaw.com
*Pro hac vice Attorney for Defendant*

**COLLUM & PERRY**

*/s/ M. Shane Perry*
M. Shane Perry
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
P: 704-663-4187
F: 704-663-4178
shane@collumperry.com
*LCvR 83.1 Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### Civil Action No. 1:16-CV-350

TRACIE WILSON,

Plaintiff,

vs.

TIME WARNER CABLE ENTERPRISES, LLC

Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

**THE VAN WINKLE LAW FIRM**

Allan R. Tarleton
North Carolina Bar No. 9490
P.O. Box 7376
Asheville, NC 28802
Telephone: (828) 258-2991
atarleton@vwlawfirm.com
*Counsel for Defendant*

**KABAT CHAPMAN & OZMER LLP**

Ryan D. Watstein
Georgia Bar No. 266019 (*pro hac vice*)
171 17th St., Suite 1550
Atlanta, GA 30363
P: 404-400-7307
F: 404-400-7333
rwatstein@kcozlaw.com

**TODAY** is June 12, 2017.

**COLLUM & PERRY**

By: **/s/ M. Shane Perry**
M. Shane Perry
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
P: 704-663-4187
F: 704-663-4178
shane@collumperry.com
*LCvR 83.1 Attorney for Plaintiff*